| No | IP address | HitDateUTC | FileHash | City |
|---|---|---|---|---|
| 1 | 97.91.82.244 | 6/10/13 02:44:31 PM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Rochester |
| 2 | 75.73.45.66 | 5/30/13 01:28:28 AM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Minneapolis |
| 3 | 67.6.70.34 | 5/17/13 11:46:14 PM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Minneapolis |
| 4 | 68.112.154.90 | 5/14/13 11:23:36 PM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Wadena |
| 5 | 67.7.211.41 | 5/11/13 11:05:25 PM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Esko |
| 6 | 71.63.174.26 | 5/10/13 11:42:50 PM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Plymouth |
| 7 | 174.20.220.219 | 5/9/13 08:22:46 PM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Saint Paul |
| 8 | 216.16.108.131 | 5/9/13 04:07:42 AM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Worthington |
| 9 | 24.118.202.85 | 5/7/13 08:01:53 AM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Saint Paul |
| 10 | 96.42.229.159 | 5/6/13 12:15:04 AM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Rochester |
| 11 | 76.113.135.106 | 4/29/13 11:23:36 PM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Minneapolis |
| 12 | 71.48.124.226 | 4/28/13 11:40:19 PM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Rogers |
| 13 | 174.20.164.217 | 4/27/13 10:00:42 PM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Minneapolis |
| 14 | 24.118.116.236 | 4/25/13 06:34:20 AM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Saint Paul |
| 15 | 65.128.135.241 | 4/25/13 02:43:31 AM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Saint Paul |
| 16 | 71.63.146.234 | 4/25/13 12:11:08 AM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Minneapolis |
| 17 | 75.161.177.200 | 4/24/13 02:48:05 PM | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Minneapolis |

Exhibit B