IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TCYK, LLC, ) | |
| ) | |
| ) | Case: No. 13-cv-01727 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DOES 1-17, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF HEARING ON MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO RULE 26(f) CONFERENCE**

PLEASE TAKE NOTICE that Plaintiff TCYK, LLC will move the Court for Leave to Serve Third Party Subpoenas Prior to Rule 26(f) Conference. A hearing on the motion will take place on August 16, 2013 at 9:00 A.M. in courtroom 6A before the Honorable Magistrate Judge Jeffrey J. Keyes.

DATED: August 11, 2013          Respectfully submitted,

*s/Mark R. Anfinson*
Mark R. Anfinson
Attorney for Plaintiff TCYK, LLC
Lake Calhoun Professional Building
3109 Hennepin Avenue South
Minneapolis, Minnesota 55408
Phone: (612) 827-5611
Fax: (612) 827-3564
mranfinson@lawyersofminnesota.com
Atty. Reg. No. 2744