<mark>CASE 0:13-cv-01727-ADM-JJK   Document 11-1   Filed 08/14/13   Page 1 of 2</mark>



