AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

TCYK, LLC,

                      *Plaintiff,*

v.                                                      Case No. 0:13−cv−01727−ADM−JJK

Does 1−17, et al.,

                      *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: Mr Marcus Amador, 707 3rd Avenue E, Apartment 12, Shakopee, MN 55379
Doe # 3, IP Address:67.6.70.34

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Mark R Anfinson
        3109 Hennepin Ave S
        Mpls, MN
        55408

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:        Thomas



                                                      Schappa

Date of Issuance:  December 6, 2013

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:13−cv−01727−ADM−JJK

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: _____

Date of Service: _____

## Method of Service

_____ Personally served at this address:
_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

_____ Other (specify):
_____
_____
_____

_____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

TCYK, LLC

vs.                                                      **AFFIDAVIT OF SERVICE**

DOES 1-17

**PRO LEGAL SUPPORT SERVICES, INC.**

Robert Anderson, being duly sworn, on oath says that on the 13th day of December, 2013, he served the attached Summons in a Civil Action; Complaint for Copyright Infringement; and Civil Cover Sheet upon **Marcus Amador** therein named, at 707 3rd Avenue East, #12, Shakopee at 7:07pm in the County of Scott, State of Minnesota, by handing to and leaving with Marcus Amador true and correct copies thereof.

Subscribed and sworn to before me
this 15th day of December, 2013

_____
Notary Public

Court File #: 0:13-cv-01727-ADM-JJK
Your File #: