AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

TCYK, LLC,

                              *Plaintiff,*

v.                                                   Case No. 0:13−cv−01727−ADM−JJK

Does 1−17, et al.,

                              *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  Mr Lawrence W Wasik, 11565 Baltimore St. NE, Apartment A, Blaine, MN 55449
      Doe # 15, IP Address: 65.128.135.241

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Mark R Anfinson
        3109 Hennepin Ave S
        Mpls, MN
        55408

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*         By:                                       Thomas


Signature of Clerk or Deputy Clerk

                                                          Schappa

Date of Issuance:   December 6, 2013

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:13−cv−01727−ADM−JJK

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: _____

Date of Service: _____

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TCYK, LLC

vs.                                                                    **AFFIDAVIT OF SERVICE**

DOES 1-17

**PRO LEGAL SUPPORT SERVICES, INC.**

LeShel Balgie, being duly sworn, on oath says that on the 14th day of December, 2013, she served the attached Summons in a Civil Action; Complaint for Copyright Infringement; and Civil Cover Sheet upon **Lawrence W. Wasik** therein named, at 11565 Baltimore Street NE, Apt. A, Blaine, said address being Lawrence W. Wasik's usual place of abode, at 9:50am in the County of Anoka, State of Minnesota, by handing to and leaving with Carole Wasik at said address, she being a person of suitable age and discretion then residing therein, true and correct copies thereof.

_LeShel Balgie_

Subscribed and sworn to before me
this 16th day of December, 2013

_Blake Balgie_
Notary Public



•Court File #: 0:13-cv-01727-ADM-JJK
•Your File #: