In The United States District Court
District of Minnesota

| | |
|---|---|
| TCYK LLC, | ) |
| | ) |
| | ) Case No.: 13-cv-1727 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Does 1-17 | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice as to the Defendants identified in Plaintiff's Complaint as Doe Nos. 1, 5, 6, 8, 10-14, and 17.

DATED:  December 31, 2013          Respectfully submitted,

                                   TCYK LLC

                                   By:   s/ Keith A. Vogt
                                         Keith A. Vogt (Bar No. 6207971)
                                         Takiguchi & Vogt, LLP
                                         1415 W. 22nd Street, Tower Floor
                                         Oak Brook, Illinois 60523
                                         630.974.5707
                                         Attorney for Plaintiff